IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                               Case No. 4:20-cr-00025-01 KGB

DEREK CLIFTON                                                                               DEFENDANT

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

Defendant Derek Clifton has informally requested that the Court recommend that he be incarcerated at the Texarkana Federal Correctional Institution as his first choice and the Forrest City Federal Correctional Complex as his second choice. Counsel for the government has communicated to the Court that he does not object to this request; therefore, the Court recommends that Mr. Clifton be incarcerated at the Texarkana Federal Correctional Institution as his first choice and Forrest City Federal Correctional Complex as his second choice.

All other conditions contained in the original Judgment and Commitment Order remain in full force and effect.

The Clerk is directed to provide a copy of this order to counsel, the United States Probation Office, and the United States Marshals Office.

It is so ordered this 10th day of May, 2021.

_____
Kristine G. Baker
United States District Judge